**Levester GILLARD, Plaintiff–Appellant**

**v.**

**Maurice CULCLAGER; Gaylon Lay; Mark Mallard; Lisa Hall; Ray Hobbs; Laura Norman; J.D. Rana; Raymond Naylor; Larry May; Terrie Banister, Defendants–Appellees.**

No. 14–3067.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 26, 2015.

Filed: March 3, 2015.

Levester Gillard, argued, Grady, AR, pro se.

Before MURPHY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arkansas inmate Levester Gillard appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action alleging that Arkansas prison officials violated his rights under the Eighth Amendment and the Due Process Clause of the Fourteenth Amendment based on his disciplinary conviction for assaulting an officer during a prison riot. Following careful de novo review, *see*

*Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we find no reversible error. We therefore affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.